

# Home Inspection Report



700 West Bayshore Drive, Saint George Island , FL 32328

**Inspection Date:**

Monday August 3, 2020

**Prepared For:**

Sabin  Bass

**Prepared By:**

Chapman Home Inspection
907 GARRISON AVE
PORT SAINT JOE, FL 32456
(850) 276-7520
chapmansinspect@gmail.com

**Report Number:**

488

**Inspector:**

Mike Chapman

# Report Overview

## Scope of Inspection

All components designated for inspection in the ASHI Standards of Practice are inspected, except as may be noted in the "Limitations of Inspection" sections within this report. It is the goal of the inspection to put a home buyer in a better position to make a buying decision. Not all improvements will be identified during this inspection. Unexpected repairs should still be anticipated. The inspection should not be considered a guarantee or warranty of any kind.Please refer to the pre-inspection contract for a full explanation of the scope of the inspection.

## Main Entrance Faces

East

## State of Occupancy

Occupied

## Weather Conditions

Sunny

## Recent Rain

No

## Ground Cover

Dry

## Approximate Age

16years

# Report Summary

## Items Not Operating

4th floor deck Outlet

## Major Concerns

1)Stucco siding.
2)Water intrusion.

## Potential Safety Hazards

Uneven floor coming out of half bath, trip hazard.

## Deferred Cost Items

1)A/C that is 7+ years.
2)Roof that is 15+ years.

## Items To Monitor

## Improvement Items

1)Delamination as well as a soft spot where noted in the corner of the fourth floor deck under the spiral stair. Recommend evaluation and repair.
2)Multiple stucco patches where observed along all four elevations. Recommend evaluation by qualified stucco contractor.
3)Damaged stucco was noted on the second floor Southwest corner at the roof flashing, suspectthis is a possible entry point for the water intrusion noted in the third floor bedroom ceiling and wall. Recommend evaluation and repair by a qualified stucco contractor.
4)Stucco / flashing issue at the Southwest corner of the 4th floor deck, this is another possible entry point for the water intrusion into the third floor bedroom wall and ceiling. Recommend evaluation and repair by qualified stucco contractor.
5)Cracked stucco trim. Recommend evaluation and repair by a qualified stucco contractor.
6)Two of the fourth floor windows appeared to be screwed shut and do not open. Recommend repair.
7)Missing cover plate on second floor deck outlet. Recommend repair.
8)3rd floor deck outlet does not function. Recommend repair/replacing.
9)Toilet bowl is loose. Recommend repair.(Bath 1 and 2)
10)Floors are uneven coming out of bathroom creating a trip hazard. Recommend repair.(2nd floor half Bath)
11)Exaust fan is loose. Recommend securing. (Bath 2)
12)Drywall damage around electrical outlet. Recommend repair.(Bath 3)
13)There's missing AC register in the Bedroom closet. Recommend replacement.(Bedroom 2)
14)Apparent water damage/staining on the ceiling, bedroom wall, trim at the baseboards and on the top of the entry door trim . Recommend ascertaining source of water intrusion and repairing as necessary.(Tested with a moisture meter, See Berdroom 3....section of the report)
15)Hardware / latches on deck doors are in poor condition. Recommend repair and or replacement.
16)Window hardware comes out of the track when opened. Recommend repair.(3rd floor Bedroom)

## Notes

# Report Summary

## Notes

1)Recommend having a qualified stucco evaluate the entire structure and repair necessary areas.
2)Recommend qualified a Engineer evaluate the repairs made to the beams and floor structure.

# Receipt/Invoice

**Chapman Home Inspection**
**907 GARRISON AVE**
**PORT SAINT JOE, FL 32456**
**(850) 276-7520**

**Property Address**
**700 West Bayshore Drive**
**Saint George Island , FL 32328**

Date: Aug 3, 2020

Inspection Number: 488

Inspected By: Mike Chapman

Payment Method: Not Paid

Client: Sabin  Bass

| Inspection | Fee |
| --- | --- |
| Home Inspection | $450.00 |
| 4 Point | $125.00 |
| 4 Point discount | ($75.00) |
| Wind Mitigation | $125.00 |
| Wind Mitigation discount | ($75.00) |
| **Total** | **$550.00** |

# Grounds

## Service Walks

[X] None ☐ Not Visible

**Material** ☐ Concrete ☐ Flagstone ☐ Gravel ☐ Brick Other:

**Condition** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Trip hazard ☐ Typical cracks ☐ Pitched towards home
☐ Settling cracks ☐ Public sidewalk needs repair

**Comments**

## Driveway/Parking

☐ None ☐ Not Visible

**Material** [X] Concrete ☐ Asphalt ☐ Gravel/Dirt ☐ Brick Other:

**Condition** [X] Satisfactory ☐ Marginal ☐ Poor ☐ Settling Cracks [X] Typical cracks ☐ Pitched towards home
☐ Trip hazard ☐ Fill cracks and seal

**Comments**

## Porch

[X] None ☐ Not Visible

**Condition** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Railing/Balusters recommended

**Support Pier** ☐ Concrete ☐ Wood Other:

**Floor** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Safety Hazard

**Comments**

## Spiral/Steps

☐ None

**Material** ☐ Concrete ☐ Wood Other: Metal ☐ Railing/Balusters recommended

**Condition** [X] Satisfactory ☐ Marginal ☐ Poor ☐ Safety Hazard ☐ Uneven risers ☐ Rotted/Damaged
☐ Cracked ☐ Settled

**Comments**

## Boat/RV/ Storage

☐ None

**Floor** [X] Concrete ☐ Flagstone ☐ Kool-Deck ☐ Brick Other:

**Condition** [X] Satisfactory ☐ Marginal ☐ Poor ☐ Settling cracks ☐ Trip hazard
☐ Pitched towards home (see remarks) ☐ Drainage provided ☐ Typical cracks

**Comments**

## Deck/Balcony

☐ None ☐ Not Visible

**Material** [X] Wood ☐ Metal ☐ Composite ☐ Railing/Balusters recommended

**Condition** [X] Satisfactory ☐ Marginal ☐ Poor ☐ Wood in contact with soil

**Finish** [X] Treated ☐ Painted/Stained Other: ☐ Safety Hazard ☐ Improper attachment to house
☐ Railing loose ☐ Not Applicable

**Comments**

## Deck/Balcony (2)

☐ None ☐ Not Visible

**Material** [X] Wood ☐ Metal ☐ Composite ☐ Railing/Balusters recommended

# Grounds

## Deck/Balcony (2) cont.

**Condition**   [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Wood in contact with soil

**Finish**   [X] Treated  [ ] Painted/Stained  Other:  [ ] Safety Hazard  [ ] Improper attachment to house
[ ] Railing loose  [ ] Not Applicable

**Comments**

## Deck/Balcony (3)

[ ] None  [ ] Not Visible

**Material**   [ ] Wood  [ ] Metal  [X] Composite  [ ] Railing/Balusters recommended

**Condition**   [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Wood in contact with soil

**Finish**   [ ] Treated  [X] Painted/Stained  Other:  [ ] Safety Hazard  [ ] Improper attachment to house
[ ] Railing loose  [ ] Not Applicable

**Floor/roof Covering** [X] Delaminated  [X] Soft Spot  Other: ,  [ ] Safety Hazard

**Comments**   1)Some delamination as well as a soft spot was noted in the corner of the third floor deck under the spiral stair. Recommend evaluation and repair.

**Photos**



Soft spot/delamination

## Crows Nest

[ ] None  [ ] Not Visible

**Material**   [X] Wood  [ ] Metal  [ ] Composite  [ ] Railing/Balusters recommended

**Condition**   [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Wood in contact with soil

**Finish**   [X] Treated  [ ] Painted/Stained  Other:  [ ] Safety Hazard  [ ] Improper attachment to house
[ ] Railing loose  [ ] Not Applicable

**Comments**

## Deck/Patio/Porch Covers

[ ] None

**Condition**   [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Posts/Supports need Repair  [ ] Earth to wood contact
[ ] Moisture/Insect damage

**Recommend**   [ ] Metal Straps/Bolts/Nails/Flashing  [ ] Improper attachment to house  [X] None

**Comments**

## Boat/RV/ Covers

[ ] None

# Grounds

## Boat/RV/ Covers  cont.

**Condition**  [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Posts/Supports need Repair  [ ] Earth to wood contact
[ ] Moisture/Insect damage

**Recommend**  [ ] Metal Straps/Bolts/Nails/Flashing  [ ] Improper attachment to house  [X] None

**Comments**

## Fence/Wall

[ ] Not evaluated  [X] None

**Type**  [ ] Brick  [ ] Block  [ ] Wood  [ ] Metal  [ ] Chain Link  [ ] Rusted  [ ] Vinyl

**Condition**  [ ] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Typical cracks  [ ] Loose Blocks/Caps

**Gate**  [ ] N/A  [ ] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Planks missing/damaged  Operable:  [ ] Yes  [ ] No

**Comments**

## Landscaping affecting foundation

[ ] N/A

**Negative Grade**  [ ] East  [ ] West  [ ] North  [ ] South  [X] Satisfactory  [ ] Recommend additional backfill
[ ] Recommend window wells/covers  [ ] Trim back trees/shrubberies
[ ] Wood in contact with/improper clearance to soil

**Comments**

## Retaining wall

[X] None

**Material**  [ ] Brick  [ ] Concrete  [ ] Concrete block  Other:  [ ] Railroad ties  [ ] Timbers

**Condition**  [ ] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Safety Hazard  [ ] Leaning/cracked/bowed
[ ] Drainage holes recommended

**Comments**

## Hose bibs

[ ] N/A

**Condition**  [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] No anti-siphon valve  [ ] Recommend Anti-siphon valve

**Operable**  [X] Yes  [ ] No  [ ] Not Tested  [ ] Not On

**Comments**

# Roof

## General

**Visibility**   ☐ None   ☒ All   ☐ Partial   Limited By:

**Inspected From**   ☒ Roof   ☒ With A Drone   ☐ Ground   ☐ With Binoculars

## Style of Roof

**Type**   ☐ Gable   ☒ Hip   ☐ Mansard   ☐ Shed   ☐ Flat   Other:

**Pitch**   ☐ Low   ☒ Medium   ☐ Steep   ☒ Flat

**Roof #1**   Type:Metal
Layers:1layer
Age:14years
Location:Hip features

**Roof #2**   ☐ None
Type:Membrane
Layers:1layer
Age:14years
Location:Third floor deck and crows nest.

**Roof #3**   ☐ None
Type:Metal
Layers:1layer
Age:14years
Location:Carport

**Comments**

## Ventilation System

☐ None   ☐ N/A

**Type**   ☒ Soffit   ☐ Ridge   ☐ Gable   ☐ Roof   ☐ Turbine   ☐ Powered   Other:

**Comments**

## Flashing

**Material**   ☐ Not Visible   ☒ Galv/Alum   ☐ Asphalt   ☐ Copper   ☐ Foam   ☐ Rubber   ☐ Lead   Other:

**Condition**   ☐ Not Visible   ☒ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Rusted   ☐ Missing
☐ Separated from chimney/roof   ☐ Recommend Sealing   Other:

**Comments**

## Valleys

☒ N/A

**Material**   ☐ Not Visible   ☐ Galv/Alum   ☐ Asphalt   ☐ Lead   ☐ Copper   Other:

**Condition**   ☐ Not Visible   ☐ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Holes   ☐ Rusted   ☐ Recommend Sealing

**Comments**

## Condition of Roof Coverings

**Roof #1**   ☒ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Curling   ☐ Cracking   ☐ Ponding   ☐ Burn Spots
☐ Broken/Loose Tiles/Shingles   ☐ Nail popping   ☐ Granules missing   ☐ Alligatoring   ☐ Blistering
☐ Missing Tabs/Shingles/Tiles   ☐ Moss buildup   ☐ Exposed felt   ☐ Cupping
☐ Incomplete/Improper Nailing   ☐ Recommend roofer evaluate   ☐ Evidence of Leakage

**Roof #2**   ☐ N/A   ☒ Satisfactory   ☐ Marginal   ☐ Poor   ☐ Curling   ☐ Cracking   ☐ Ponding   ☐ Burn Spots
☐ Broken/Loose Tiles/Shingles   ☐ Nail popping   ☐ Granules missing   ☐ Alligatoring   ☐ Blistering
☐ Missing Tabs/Shingles/Tiles   ☐ Moss buildup   ☐ Exposed felt   ☐ Cupping
☐ Incomplete/Improper Nailing   ☐ Recommend roofer evaluate   ☐ Evidence of Leakage

# Roof

**Condition of Roof Coverings cont.**

**Roof #3**  ☐ N/A  ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Curling  ☐ Cracking  ☐ Ponding  ☐ Burn Spots
☐ Broken/Loose Tiles/Shingles  ☐ Nail popping  ☐ Granules missing  ☐ Alligatoring  ☐ Blistering
☐ Missing Tabs/Shingles/Tiles  ☐ Moss buildup  ☐ Exposed felt  ☐ Cupping
☐ Incomplete/Improper Nailing  ☐ Recommend roofer evaluate  ☐ Evidence of Leakage

**Comments**

**Photos**

# Roof











**Skylights**

[X] N/A  [ ] Not Visible

**Condition**  [ ] Cracked/Broken  [ ] Satisfactory  [ ] Marginal  [ ] Poor

**Comments**

**Plumbing Vents**

[ ] Not Visible  [ ] Not Present

**Condition**  [X] Satisfactory  [ ] Marginal  [ ] Poor

**Comments**

# Exterior

## Chimney(s)

**[X]** None

**Location(s)**

**Viewed From** ☐ Roof ☐ Ladder at eaves ☐ Ground (Inspection Limited) ☐ With Binoculars

**Rain Cap/Spark Arrestor** ☐ Yes ☐ No ☐ Recommended

**Chase** ☐ Brick ☐ Stone ☐ Metal ☐ Blocks ☐ Framed

**Evidence of** ☐ Holes in metal ☐ Cracked chimney cap ☐ Loose mortar joints ☐ Flaking ☐ Loose brick ☐ Rust ☐ No apparent defects

**Flue** ☐ Tile ☐ Metal ☐ Unlined ☐ Not Visible

**Evidence of** ☐ Scaling ☐ Cracks ☐ Creosote ☐ Not evaluated ☐ Have flue(s) cleaned and re-evaluated ☐ Recommend Cricket/Saddle/Flashing ☐ No apparent defects

**Condition** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Recommend Repair

**Comments**

## Gutters/Scuppers/Eavestrough

**[X]** None

**Condition** ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Rusting ☐ Downspouts needed ☐ Recommend repair/replace ☐ Needs to be cleaned

**Material** ☐ Copper ☐ Vinyl/Plastic ☐ Galvanized/Aluminum  Other:

**Leaking** ☐ Corners ☐ Joints ☐ Hole in main run ☐ No apparent leaks

**Attachment** ☐ Loose ☐ Missing spikes ☐ Improperly sloped ☐ Satisfactory

**Extension needed** ☐ North ☐ South ☐ East ☐ West ☐ N/A

**Comments**

## Siding

**Material** ☐ Stone ☐ Slate ☐ Block/Brick ☐ Fiberboard ☐ Fiber-cement **[X]** Stucco ☐ EIFS* Not Inspected ☐ Asphalt ☐ Wood ☐ Metal/Vinyl  Other:  ☐ Typical cracks ☐ Peeling paint ☐ Monitor ☐ Wood rot ☐ Loose/Missing/Holes

**Condition** ☐ Satisfactory **[X] Marginal** ☐ Poor ☐ Recommend repair/painting

**Comments** 1)Multiple stucco patches. Recommend evaluation and repair by qualified stucco contractor.
2)Damaged stucco finish was noted on the second floor Southwest corner at the flashing, suspect this is a possible entry point for the water intrusion noted in the third floor bedroom ceiling and wall. Recommend evaluation and repair by a qualified stucco contractor.
3)Stucco / flashing issue at the Southwest corner of the 4th floor deck, this is another possible entry point for the water intrusion into the third floor bedroom wall and ceiling. Recommend evaluation and repair by qualified stucco contractor.

**Photos**

# Exterior



Suspected water entry point



Damaged siding, suspected water entry point.



Cracked siding



Cracked siding, also suspected water entry point.



Exposed fasteners



Damaged/patched



Damaged/patched siding



Damaged/patched siding



Damaged/patched siding

# Exterior



Damaged/patched siding

## Trim

**Material**   ☐ Wood  ☐ Fiberboard  ☐ Aluminum/Steel  ☐ Vinyl  ☒ Stucco  ☐ Recommend repair/painting
☐ Damaged wood   Other:

**Condition**   ☐ Satisfactory   ☒ Marginal   ☐ Poor

**Comments**   Cracked stucco trim. Recommend evaluation and repair by a qualified stucco contractor.

**Photos**

Cracjs

## Soffit

☐ None

**Material**   ☐ Wood  ☐ Fiberboard  ☐ Aluminum/Steel  ☐ Vinyl  ☒ Stucco  ☐ Recommend repair/painting
☐ Damaged wood   Other:

**Condition**   ☐ Satisfactory   ☒ Marginal   ☐ Poor

**Comments**   Damaged soffit. Recommend repair.

**Photos**

# Exterior



Damaged soffitt

## Fascia

**Material**  ☐ None
☐ Wood ☐ Fiberboard ☒ Aluminum/Steel ☐ Vinyl ☐ Stucco ☐ Recommend repair/painting
☐ Damaged wood  Other:

**Condition**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Comments**

## Flashing

**Material**  ☐ None
☐ Wood ☐ Fiberboard ☐ Aluminum/Steel ☐ Vinyl ☒ Stucco ☐ Recommend repair/painting
☐ Damaged wood  Other:

**Condition**  ☐ Satisfactory ☒ Marginal ☐ Poor

**Comments**  Suspect flashing leak at the fourth floor balcony flashing.

**Photos**



Poor flashing, Suspected water entry point.

## Caulking

**Condition**  ☐ None
☒ Satisfactory ☐ Marginal ☐ Poor
☐ Recommend around windows/doors/masonry ledges/corners/utility penetrations

**Comments**

# Exterior

## Windows/Screens

**Condition** ☐ Satisfactory ☒ Marginal ☐ Poor ☐ Wood rot ☐ Recommend repair/painting
☐ Recommend repair/replace damaged screens ☐ Failed/fogged insulated glass

**Material** ☐ Wood ☐ Metal ☒ Vinyl ☐ Aluminum/Vinyl clad

**Screens** ☐ Torn ☐ Bent ☒ Not installed ☐ Satisfactory

**Comments** Two of the fourth floor windows appeared to be screwed shut and do not open. Recommend repair.

**Photos**


Screws


Screws


Inoperable windows

## Storms Windows

☒ None ☐ Not installed

**Condition** ☐ Satisfactory ☐ Broken/cracked ☐ Wood rot ☐ Recommend repair/painting

**Material** ☐ Wood ☐ Clad comb. ☐ Wood/Metal comb. ☐ Metal

**Putty** ☐ Satisfactory ☐ Needed ☐ N/A

**Comments**

## Slab-On-Grade/Foundation

**Foundation Wall** ☐ Concrete block ☐ Poured concrete ☐ Post-Tensioned concrete ☒ Not Visible Other:

**Condition** ☐ Satisfactory ☐ Marginal ☐ Monitor ☐ Have Evaluated ☒ Not Evaluated

**Concrete Slab** ☐ N/A ☐ Not Visible ☒ Satisfactory ☐ Marginal ☐ Monitor ☐ Have Evaluated

**Comments**

## Service Entry

**Location** ☒ Underground ☐ Overhead

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Weather head/mast needs repair ☐ Overhead wires too low

**Exterior receptacles** ☒ Yes ☐ No  Operable: ☒ Yes ☐ No  Condition: ☒ Satisfactory ☐ Marginal ☐ Poor

**GFCI present** ☒ Yes ☐ No  Operable: ☒ Yes ☒ No ☐ Safety Hazard ☐ Reverse polarity ☐ Open ground(s)
☐ Recommend GFCI Receptacles

**Comments** 1)Missing cover plate on second floor deck outlet. Recommend repair.
2)3rd floor deck Outlet does not function. Recommend replacing.

**Photos**

# Exterior


Second floor


Third floor





## Building(s) Exterior Wall Construction

**Type** ☐ Not Visible ☒ Framed ☐ Masonry Other: ⎽

**Condition** ☒ Not Visible ☐ Satisfactory ☐ Marginal ☐ Poor

**Comments**

## Exterior Doors

**Main Entrance** ☐ N/A Weatherstripping: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Missing ☐ Replace Door condition: ☒ Satisfactory ☐ Marginal ☐ Poor

**Main Entrance-Copy** ☐ N/A Weatherstripping: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Missing ☐ Replace Door condition: ☒ Satisfactory ☐ Marginal ☐ Poor

**Deck 1** ☐ N/A Weatherstripping: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Missing ☐ Replace Door condition: ☐ Satisfactory ☒ Marginal ☐ Poor

**Deck 2** ☐ N/A Weatherstripping: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Missing ☐ Replace Door condition: ☐ Satisfactory ☒ Marginal ☐ Poor

**Deck 3** ☐ N/A Weatherstripping: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Missing ☐ Replace Door condition: ☐ Satisfactory ☒ Marginal ☐ Poor

**Comments** 1)Missing hardware. Recommend repair.
2)Inoperable harhware. Recommend repair.
3)Inoperable hardware. Recommend repair.
Cleaning and oiling all hardware on all three doors may resolve the issues with the hardware /locks/latches.

**Photos**

# Exterior



Missing/inoperable hardware



Inoperable hardware



Inoperable Hardware

## Exterior A/C - Heat pump #1

**Unit #1**
☐ N/A
Location:Right exterior elevation of the home.
Brand:Heritage
Model #: 2A6H1030A100AB
Serial #:  43537824F
Approximate Age: 16years

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Cabinet/housing rusted

**Energy source** ☒ Electric ☐ Gas  Other:

**Unit type** ☒ Air cooled ☐ Water cooled ☐ Geothermal ☒ Heat pump

**Outside Disconnect** ☒ Yes ☐ No  Maximum fuse/breaker rating (amps): 30amps
Fuses/Breakers installed (amps):  30amps ☐ Improperly sized fuses/breakers

**Level** ☒ Yes ☐ No ☐ Recommend re-level unit

**Condenser Fins** ☐ Damaged ☐ Need cleaning ☐ Damaged base/pad ☐ Damaged Refrigerant Line ☒ Satisfactory

**Insulation** ☒ Yes ☐ No ☐ Replace

**Improper Clearance (air flow)** ☐ Yes ☒ No

**Comments**

**Photos**







## Exterior A/C - Heat pump #2

# Exterior

## Exterior A/C - Heat pump #2 cont.

**Unit #1** ☐ N/A
Location:Right exterior elevation of the home
Brand:Comfortmaker
Model #: N4H430GKG101
Serial #: E191121770
Approximate Age: 1year

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Cabinet/housing rusted

**Energy source** ☒ Electric ☐ Gas  Other:

**Unit type** ☒ Air cooled ☐ Water cooled ☐ Geothermal ☒ Heat pump

**Outside Disconnect** ☒ Yes ☐ No  Maximum fuse/breaker rating (amps): 30amp
Fuses/Breakers installed (amps): 30amp ☐ Improperly sized fuses/breakers

**Level** ☒ Yes ☐ No ☐ Recommend re-level unit

**Condenser Fins** ☐ Damaged ☐ Need cleaning ☐ Damaged base/pad ☐ Damaged Refrigerant Line ☒ Satisfactory

**Insulation** ☒ Yes ☐ No ☐ Replace

**Improper Clearance (air flow)** ☐ Yes ☒ No

**Comments**

**Photos**



## Exterior A/C - Heat pump #3

**Unit #2** ☐ N/A
Location:Right exterior elevation of the home.
Brand:Heritage
Model #: 2A6H1018A100AB
Serial #: 4365K1R4F
Approx. Age: 16years

**Energy source** ☒ Electric ☐ Gas  Other:

**Unit type** ☒ Air cooled ☐ Water cooled ☐ Geothermal ☒ Heat pump

**Outside Disconnect** ☒ Yes ☐ No  Maximum fuse/breaker rating (amps): 15amp
Fuses/Breakers installed (amps): 30amp ☒ Improperly sized fuses/breakers

**Level** ☒ Yes ☐ No ☐ Recommend re-level unit

**Condenser Fins** ☐ Damaged ☐ Need cleaning ☐ Damaged base/pad ☐ Damaged Refrigerant Line ☒ Satisfactory

**Insulation** ☒ Yes ☐ No ☐ Replace

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Cabinet/housing rusted

# Exterior

**Exterior A/C - Heat pump #3 cont.**

**Improper Clearance (air flow)** ☐ Yes ☒ No

**Comments**    Improperly sized breaker. Recommend installing appropriately-sized breaker.

**Photos**





15amp



30amp

# Kitchen

## Countertops

**Condition**  [X] Satisfactory  ☐ Marginal  ☐ Recommend repair/caulking

**Comments**

## Cabinets

**Condition**  [X] Satisfactory  ☐ Marginal  ☐ Recommend repair/adjustment

**Comments**

## Plumbing

**Faucet Leaks**  ☐ Yes  [X] No

**Pipes leak/corroded**  ☐ Yes  [X] No

**Sink/Faucet**  [X] Satisfactory  ☐ Corroded  ☐ Chipped  ☐ Cracked  ☐ Recommend repair

**Functional drainage**  [X] Satisfactory  ☐ Marginal  ☐ Poor

**Functional flow**  [X] Satisfactory  ☐ Marginal  ☐ Poor

**Comments**

**Photos**



## Walls & Ceiling

**Condition**  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Typical cracks  ☐ Moisture stains

**Comments**

## Heating/Cooling Source

[X] Yes  ☐ No

**Comments**

## Floor

**Condition**  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Sloping  ☐ Squeaks

**Comments**

## Appliances

**Disposal**  ☐ N/A  ☐ Not tested  Operable:  ☐ Yes  [X] No

**Oven**  ☐ N/A  ☐ Not tested  Operable:  [X] Yes  ☐ No

**Range**  ☐ N/A  ☐ Not tested  Operable:  [X] Yes  ☐ No

**Dishwasher**  ☐ N/A  ☐ Not tested  Operable:  [X] Yes  ☐ No

**Trash Compactor**  [X] N/A  ☐ Not tested  Operable:  ☐ Yes  ☐ No

**Exhaust fan**  [X] N/A  ☐ Not tested  Operable:  ☐ Yes  ☐ No

# Kitchen

**Appliances cont.**

**Refrigerator**  ☐ N/A  ☐ Not tested  Operable: ☒ Yes  ☐ No

**Microwave**  ☐ N/A  ☐ Not tested  Operable: ☒ Yes  ☐ No

**Dishwasher airgap** ☐ Yes ☒ No

**Dishwasher drain line looped** ☒ Yes ☐ No

**Receptacles present** ☒ Yes ☐ No  Operable: ☐ Yes ☐ No

**GFCI**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No  Recommend GFCI Receptacles: ☐ Yes ☐ No
☐ Potential Safety Hazard(s)

**Open ground/Reverse polarity:** ☐ Yes ☒ No ☐ Potential Safety Hazard

**Comments**

# Laundry Room

## Laundry

**Laundry sink** [X] N/A

**Faucet leaks** [ ] Yes [X] No

**Pipes leak** [ ] Yes [X] No [ ] Not Visible

**Cross connections** [ ] Yes [X] No [ ] Potential Safety Hazard

**Heat source present** [X] Yes [ ] No

**Room vented** [ ] Yes [X] No

**Dryer vented** [ ] N/A [X] Wall [ ] Ceiling [ ] Floor [ ] Not vented [ ] Plastic dryer vent not recommended [ ] Not vented to exterior [ ] Recommend repair [ ] Safety hazard

**Electrical** Open ground/reverse polarity: [ ] Yes [X] No [ ] Safety hazard

**GFCI present** [ ] Yes [X] No Operable: [ ] Yes [ ] No [ ] Recommend GFCI Receptacles

**Appliances** [X] Washer [X] Dryer [ ] Water heater [ ] Furnace/Boiler

**Washer hook-up lines/valves** [X] Satisfactory [ ] Leaking [ ] Corroded [ ] Not Visible

**Gas shut-off valve** [X] N/A [ ] Yes [ ] No [ ] Cap Needed [ ] Safety hazard [ ] Not Visible

**Comments**

**Photos**



# Bathroom (1)

## Bath

| | |
|---|---|
| **Location** | Second floor half bath |
| **Sinks** | Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☒ No |
| **Tubs** | ☒ N/A  Faucet leaks: ☐ Yes ☐ No  Pipes leak: ☐ Yes ☐ No ☐ Not Visible |
| **Showers** | ☒ N/A  Faucet leaks: ☐ Yes ☐ No  Pipes leak: ☐ Yes ☐ No ☐ Not Visible |
| **Toilet** | Bowl loose: ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Cracked bowl ☐ Toilet leaks |
| **Whirlpool** | ☐ Yes ☒ No  Operable: ☐ Yes ☐ No ☐ Not tested ☐ No access door  GFCI: ☐ Yes ☐ No ☐ GFCI Recommended |
| **Drainage** | ☒ Satisfactory ☐ Marginal ☐ Poor |
| **Water flow** | ☒ Satisfactory ☐ Marginal ☐ Poor |
| **Moisture stains present** | ☐ Yes ☒ No ☐ Walls ☐ Ceilings ☐ Cabinetry |
| **Doors** | ☒ Satisfactory ☐ Marginal ☐ Poor |
| **Window** | ☒ None ☐ Satisfactory ☐ Marginal ☐ Poor |
| **Receptacles present** | ☐ Yes ☒ No  Operable: ☐ Yes ☐ No |
| **GFCI** | ☐ Yes ☒ No  Operable: ☐ Yes ☐ No ☐ Recommend GFCI |
| **Open ground/Reverse polarity** | ☐ Yes ☒ No ☐ Potential Safety Hazard |
| **Heat source present** | ☒ Yes ☐ No |
| **Exhaust fan** | ☐ Yes ☒ No  Operable: ☐ Yes ☐ No ☐ Noisy |
| **Comments** | 1)Toilet bowl is loose. Recommend repair.<br>2)Floors are uneven coming out of bathroom creating a trip hazard. |
| **Photos** | |




Uneven floors

# Bathroom (2)

**Bath**

**Location**  Second floor bath

**Sinks**  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☒ No

**Tubs**  ☒ N/A  Faucet leaks: ☐ Yes ☐ No  Pipes leak: ☐ Yes ☐ No ☐ Not Visible

**Showers**  ☐ N/A  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☐ No ☒ Not Visible

**Toilet**  Bowl loose: ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Cracked bowl ☐ Toilet leaks

**Whirlpool**  ☐ Yes ☒ No  Operable: ☐ Yes ☐ No ☐ Not tested ☐ No access door  GFCI: ☐ Yes ☐ No
☐ GFCI Recommended

**Shower/Tub area** ☒ Ceramic/Plastic ☐ Fiberglass ☐ Masonite  Other: _  Condition: ☒ Satisfactory ☐ Marginal
☐ Poor ☐ Rotted floors  Caulk/Grouting needed: ☐ Yes ☒ No
Where:
☐ N/A

**Drainage**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Water flow**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Moisture stains present** ☐ Yes ☒ No ☐ Walls ☐ Ceilings ☐ Cabinetry

**Doors**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Window**  ☐ None ☒ Satisfactory ☐ Marginal ☐ Poor

**Receptacles present** ☒ Yes ☐ No  Operable: ☒ Yes ☐ No

**GFCI**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Recommend GFCI

**Open ground/Reverse polarity** ☐ Yes ☒ No ☐ Potential Safety Hazard

**Heat source present** ☒ Yes ☐ No

**Exhaust fan**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Noisy

**Comments**  1)Exaust fan is loose. Recommend securing.
2)Toilet bowl is loose recommend repair.

**Photos**

 

# Bathroom (3)

**Bath**

**Location**  Third floor bath

**Sinks**  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☒ No

**Tubs**  ☐ N/A  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☐ No ☒ Not Visible

**Showers**  ☐ N/A  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☐ No ☒ Not Visible

**Toilet**  Bowl loose: ☐ Yes ☒ No  Operable: ☒ Yes ☐ No ☐ Cracked bowl ☐ Toilet leaks

**Whirlpool**  ☐ Yes ☒ No  Operable: ☐ Yes ☐ No ☐ Not tested ☐ No access door  GFCI: ☐ Yes ☐ No ☐ GFCI Recommended

**Shower/Tub area**  ☒ Ceramic/Plastic ☐ Fiberglass ☐ Masonite  Other: ___  Condition: ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Rotted floors  Caulk/Grouting needed: ☐ Yes ☒ No
Where:
☐ N/A

**Drainage**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Water flow**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Moisture stains present**  ☐ Yes ☒ No ☐ Walls ☐ Ceilings ☐ Cabinetry

**Doors**  ☒ Satisfactory ☐ Marginal ☐ Poor

**Window**  ☐ None ☒ Satisfactory ☐ Marginal ☐ Poor

**Receptacles present**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No

**GFCI**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Recommend GFCI

**Open ground/Reverse polarity**  ☐ Yes ☒ No ☐ Potential Safety Hazard

**Heat source present**  ☒ Yes ☐ No

**Exhaust fan**  ☒ Yes ☐ No  Operable: ☒ Yes ☐ No ☐ Noisy

**Comments**  Drywall damage around electrical outlet. Recommend repair.

**Photos**

 

# Bathroom (4)

## Bath

**Location**   Master bath

**Sinks**   Faucet leaks: ☐ Yes ☒ No   Pipes leak: ☐ Yes ☒ No

**Tubs**   ☒ N/A  Faucet leaks: ☐ Yes ☐ No  Pipes leak: ☐ Yes ☐ No  ☐ Not Visible

**Showers**   ☐ N/A  Faucet leaks: ☐ Yes ☒ No  Pipes leak: ☐ Yes ☐ No  ☒ Not Visible

**Toilet**   Bowl loose: ☐ Yes ☒ No  Operable: ☒ Yes ☐ No  ☐ Cracked bowl  ☐ Toilet leaks

**Whirlpool**   ☐ Yes ☒ No  Operable: ☐ Yes ☐ No  ☐ Not tested  ☐ No access door  GFCI: ☐ Yes ☐ No  ☐ GFCI Recommended

**Shower/Tub area**   ☒ Ceramic/Plastic  ☐ Fiberglass  ☐ Masonite  Other: ,  Condition: ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Rotted floors  Caulk/Grouting needed: ☐ Yes ☒ No  Where:  ☐ N/A

**Drainage**   ☒ Satisfactory  ☐ Marginal  ☐ Poor

**Water flow**   ☒ Satisfactory  ☐ Marginal  ☐ Poor

**Moisture stains present**  ☐ Yes ☒ No  ☐ Walls  ☐ Ceilings  ☐ Cabinetry

**Doors**   ☒ Satisfactory  ☐ Marginal  ☐ Poor

**Window**   ☐ None  ☒ Satisfactory  ☐ Marginal  ☐ Poor

**Receptacles present** ☒ Yes  ☐ No  Operable: ☐ Yes ☐ No

**GFCI**   ☒ Yes  ☐ No  Operable: ☒ Yes ☐ No  ☐ Recommend GFCI

**Open ground/Reverse polarity**  ☐ Yes ☒ No  ☐ Potential Safety Hazard

**Heat source present** ☒ Yes  ☐ No

**Exhaust fan**  ☒ Yes  ☐ No  Operable: ☒ Yes ☐ No  ☐ Noisy

**Comments**

**Photos**



# Room (1)

## Room

**Location**    Second floor

**Type**    Bedroom

**Walls & Ceiling**  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Typical cracks  ☐ Damage

**Moisture stains**  ☐ Yes  [X] No
Where:

**Floor**    [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Squeaks  ☐ Slopes  ☐ Tripping hazard

**Ceiling fan**    ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend repair/replace

**Electrical**    Switches:  [X] Yes  ☐ No  [X] Operable  Receptacles:  [X] Yes  ☐ No  [X] Operable
Open ground/Reverse polarity:  ☐ Yes  [X] No  ☐ Safety hazard  ☐ Cover plates missing

**Heating source present**  [X] Yes  ☐ No  Holes:  ☐ Doors  ☐ Walls  [X] Ceilings

**Bedroom Egress restricted**  ☐ N/A  ☐ Yes  [X] No

**Doors**    ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Broken/Missing hardware

**Windows**    ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Evidence of leaking insulated glass
☐ Broken/Missing hardware

**Comments**

# Room (2)

## Room

**Location**    Third floor

**Type**    BEDROOM

**Walls & Ceiling**  **[X] Satisfactory**  ☐ Marginal  ☐ Poor  ☐ Typical cracks  ☐ Damage

**Moisture stains**  ☐ Yes  **[X]** No
      Where:

**Floor**  **[X] Satisfactory**  ☐ Marginal  ☐ Poor  ☐ Squeaks  ☐ Slopes  ☐ Tripping hazard

**Ceiling fan**  ☐ None  **[X] Satisfactory**  ☐ Marginal  ☐ Poor  ☐ Recommend repair/replace

**Electrical**  Switches:  **[X]** Yes  ☐ No  **[X]** Operable  Receptacles:  ☐ Yes  ☐ No  **[X]** Operable
      Open ground/Reverse polarity:  ☐ Yes  **[X]** No  ☐ Safety hazard  ☐ Cover plates missing

**Heating source present**  **[X]** Yes  ☐ No  Holes:  ☐ Doors  ☐ Walls  **[X]** Ceilings

**Bedroom Egress restricted**  ☐ N/A  ☐ Yes  **[X]** No

**Doors**  ☐ None  **[X] Satisfactory**  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Broken/Missing hardware

**Windows**  ☐ None  **[X] Satisfactory**  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Evidence of leaking insulated glass
      ☐ Broken/Missing hardware

**Comments**  1)There's missing AC register in the closet. Recommend replacement.
      2)Window Hardware comes out of the track when opened. Recommend repair.

**Photos**


Missing register

# Room (3)

## Room

**Location**   Third floor

**Type**   BEDROOM

**Walls & Ceiling** [X] Satisfactory [ ] Marginal [ ] Poor [ ] Typical cracks [ ] Damage

**Moisture stains** [ ] Yes [X] No
Where:

**Floor** [X] Satisfactory [ ] Marginal [ ] Poor [ ] Squeaks [ ] Slopes [ ] Tripping hazard

**Ceiling fan** [ ] None [X] Satisfactory [ ] Marginal [ ] Poor [ ] Recommend repair/replace

**Electrical** Switches: [X] Yes [ ] No [X] Operable  Receptacles: [ ] Yes [ ] No [ ] Operable
Open ground/Reverse polarity: [ ] Yes [X] No [ ] Safety hazard [ ] Cover plates missing

**Heating source present** [X] Yes [ ] No  Holes: [ ] Doors [ ] Walls [X] Ceilings

**Bedroom Egress restricted** [ ] N/A [ ] Yes [X] No

**Doors** [ ] None [X] Satisfactory [ ] Marginal [ ] Poor [ ] Cracked glass [ ] Broken/Missing hardware

**Windows** [ ] None [X] Satisfactory [ ] Marginal [ ] Poor [ ] Cracked glass [ ] Evidence of leaking insulated glass
[ ] Broken/Missing hardware

**Comments**   1)Apparent water damage on the ceilingand and on the bedroom wall above the entry door. Recommend
ascertaining source of water intrusion and repairing as necessary.
2)All pictures attached are indicative of water intrusion in on the bedroom wall .

**Photos**


Water stains


Water stains


Water stains


Separated trim/caulk is indicative of moister issues.


Moister stains.


Moisture stains

# Room (3)



Moster levels



Damaged/wet drywall



Moister stains

# Room (4)

## Room

**Location**     Fourth floor.

**Type**     BEDROOM

**Walls & Ceiling**    [X] Satisfactory   ☐ Marginal   ☐ Poor   ☐ Typical cracks   ☐ Damage

**Moisture stains**    ☐ Yes   [X] No
               Where:

**Floor**    [X] Satisfactory   ☐ Marginal   ☐ Poor   ☐ Squeaks   ☐ Slopes   ☐ Tripping hazard

**Ceiling fan**    ☐ None   [X] Satisfactory   ☐ Marginal   ☐ Poor   ☐ Recommend repair/replace

**Electrical**    Switches:   [X] Yes   ☐ No   [X] Operable   Receptacles:   [X] Yes   ☐ No   [X] Operable
             Open ground/Reverse polarity:   ☐ Yes   [X] No   ☐ Safety hazard   ☐ Cover plates missing

**Heating source present**   [X] Yes   ☐ No   Holes:   ☐ Doors   ☐ Walls   [X] Ceilings

**Bedroom Egress restricted**   ☐ N/A   ☐ Yes   [X] No

**Doors**    ☐ None   ☐ Satisfactory   [X] Marginal   ☐ Poor   ☐ Cracked glass   [X] Broken/Missing hardware

**Windows**    ☐ None   ☐ Satisfactory   [X] Marginal   ☐ Poor   ☐ Cracked glass   ☐ Evidence of leaking insulated glass
          [X] Broken/Missing hardware

**Comments**    1)Two of the casement windows do not open and appear to be screwed closed. Recommend repair.
                  2)Door latch does not operate. Recommend repair. See exterior door section.

**Photos**


Inoperable windows


Screws

# Interior

## Fireplace

[X] None

**Location(s)**

**Type** [ ] Gas [ ] Wood [ ] Solid fuel burning stove [ ] Electric [ ] Ventless

**Material** [ ] Masonry [ ] Metal (pre-fabricated) [ ] Metal insert [ ] Cast Iron

**Miscellaneous** [ ] Blower built-in  Operable: [ ] Yes [ ] No  Damper operable: [ ] Yes [ ] No
[ ] Open joints or cracks in firebrick/panels should be sealed [ ] Fireplace doors need repair

**Damper modified for gas operation** [ ] N/A [ ] Yes [ ] No [ ] Damper missing

**Hearth extension adequate** [ ] Yes [ ] No

**Mantel** [ ] N/A [ ] Secure [ ] Loose [ ] Recommend repair/replace

**Physical condition** [ ] Satisfactory [ ] Marginal [ ] Poor [ ] Recommend having flue cleaned and re-examined
[ ] Not evaluated

**Comments**

## Stairs/Steps/Balconies

[ ] None

**Condition** [X] Satisfactory [ ] Marginal [ ] Poor [ ] Loose/Missing

**Handrail** [X] Satisfactory [ ] Marginal [ ] Poor [ ] Safety hazard [ ] Hand Rail/Railing/Balusters recommended

**Risers/Treads** [ ] Satisfactory [ ] Marginal [ ] Poor [X] Risers/Treads uneven [ ] Trip hazard

**Comments**

## Smoke/Carbon Monoxide detectors

**Smoke Detector** [X] Present [ ] Not Present  Operable: [X] Yes [ ] No [ ] Not tested [ ] Recommend additional
[ ] Safety Hazard

**CO Detector** [X] Present [ ] Not Present  Operable: [X] Yes [ ] No [ ] Not tested [ ] Recommend additional
[ ] Safety Hazard

**Comments**

## Attic/Structure/Framing/Insulation

[X] N/A

**Access** [ ] Stairs [ ] Pulldown [ ] Scuttlehole/Hatch [ ] No Access  Other:  Access limited by:

**Inspected from** [ ] Access panel [ ] In the attic [ ] Other

**Location** [ ] Hallway [ ] Bedroom Closet [ ] Garage [ ] Other

**Flooring** [ ] Complete [ ] Partial [ ] None

**Insulation** [ ] Fiberglass [ ] Batts [ ] Loose [ ] Cellulose [ ] Foam [ ] Other [ ] Vermiculite [ ] Rock wool
Depth: [ ] Damaged [ ] Displaced [ ] Missing [ ] Compressed [ ] Recommend additional insulation

**Installed in** [ ] Rafters/Trusses [ ] Walls [ ] Between ceiling joists [ ] Underside of roof deck [ ] Not Visible

**Vapor barriers** [ ] Kraft/foil faced [ ] Plastic sheeting [ ] Not Visible [ ] Improperly installed

**Ventilation** [ ] Ventilation appears adequate [ ] Recommend additional ventilation [ ] Recommend baffles at eaves

**Fans exhausted to** Attic: [ ] Yes [ ] No [ ] Recommend repair  Outside: [ ] Yes [ ] No [ ] Not Visible

**HVAC Duct** [ ] N/A [ ] Satisfactory [ ] Damaged [ ] Split [ ] Disconnected [ ] Leaking [ ] Repair/Replace
[ ] Recommend Insulation

**Chimney chase** [ ] N/A [ ] Satisfactory [ ] Needs repair [ ] Not Visible

**Structural problems observed** [ ] Yes [ ] No [ ] Recommend repair [ ] Recommend structural engineer

# Interior

**Attic/Structure/Framing/Insulation cont.**

**Roof structure** ☐ Rafters ☐ Trusses ☐ Wood ☐ Metal ☐ Collar ties ☐ Purlins ☐ Knee wall ☐ Not Visible  Other:

**Ceiling joists** ☐ Wood ☐ Metal ☐ Not Visible

**Sheathing** ☐ Plywood ☐ OSB ☐ Planking ☐ Rotted ☐ Stained ☐ Delaminated

**Evidence of condensation** ☐ Yes ☐ No

**Evidence of moisture** ☐ Yes ☐ No

**Evidence of leaking** ☐ Yes ☐ No

**Firewall between units** ☐ N/A ☐ Yes ☐ No ☐ Needs repair/sealing

**Electrical** ☐ No apparent defects ☐ Open junction box(es) ☐ Handyman wiring
☐ Knob and tube covered with insulation ☐ Safety Hazard

**Comments**

# Pile Foundation

## Floor

**Material**  [X] Concrete  [ ] Gravel  [ ] Dirt  Other:

**Condition**  [X] Typical cracks  [ ] Not Visible  [ ] Vapor barrier present

**Comments**

## Seismic bolts

[ ] N/A  [X] None visible

**Condition**  [ ] Appear satisfactory  [ ] Recommed evaluation

**Comments**

## Drainage

**Sump pump**  [ ] Yes  [ ] No  Operable:  [ ] Yes  [X] No  [ ] Pump not tested

**Standing water**  [ ] Yes  [X] No  [ ] Not Visible

**Evidence of moisture damage**  [ ] Yes  [X] No

**Comments**

## Pilings/Beams/Columns

**Material**  [ ] Steel  [ ] Wood  [X] Concrete

**Condition**  [X] Satisfactory  [ ] Marginal  [ ] Poor  [ ] Not Visible  [ ] Sagging/Altered

**Comments**

## Joists

**Material**  [ ] Wood  [ ] Steel  [ ] Truss  [X] Not Visible  [ ] 2x8  [ ] 2x10  [ ] 2x12  [ ] Engineered I-Type
[ ] Sagging/Altered joists

**Comments**

## Subfloor

[ ] Not Visible

**Comments**

## Insulation

[ ] None

**Type**  [ ] Fiberglass  [ ] Cellulose  [ ] Rockwool  [ ] Foam  [X] Not Visible

**Location**  [ ] Walls  [X] Between floor joists  Other:

**Comments**

## Vapor barrier

**Present**  [ ] Yes  [ ] No  [X] Not Visible  [ ] Improperly installed

**Material**  [ ] Kraft/foil faced  [ ] Plastic  [X] Not Visible  Other:

**Comments**

# Plumbing

## Water service

**Main shut-off location**  Outside at curbside

**Water entry piping** ☐ Not Visible ☒ Copper/Galv. ☐ PVC Plastic ☐ CPVC Plastic ☐ Polybutylene Plastic ☐ PEX Plastic ☐ Lead ☐ Polyethylene

**Lead other than solder joints** ☐ Yes ☒ No ☐ Unknown ☐ Service entry

**Visible water distribution piping** ☐ Copper ☐ Galvanized ☐ PVC Plastic ☐ CPVC Plastic ☐ Polybutylene Plastic ☒ PEX Plastic  Other:

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor

**Flow** ☒ Satisfactory ☐ Marginal ☐ Poor ☐ Water pressure over 80 psi ☐ Recommend plumber evaluate ☐ Recommend pressure regulator

**Pipes Supply/Drain** ☐ Corroded ☐ Leaking ☐ Valves broken/missing ☐ Dissimilar metal  Cross connection: ☐ Yes ☐ No ☐ Safety Hazard ☐ Recommend repair ☐ Recommend a dielectric union ☒ Satisfactory

**Drain/Waste/Vent pipe** ☐ Copper ☐ Cast iron ☐ Galvanized ☒ PVC ☐ ABS ☐ Brass

**Condition** ☒ Satisfactory ☐ Marginal ☐ Poor

**Support/Insulation** ☒ N/A
Type:

**Traps proper P-Type** ☒ Yes ☐ No ☐ P-traps recommended

**Drainage** ☒ Satisfactory ☐ Marginal ☐ Poor

**Interior fuel storage system** ☒ N/A ☐ Yes ☐ No  Leaking: ☐ Yes ☐ No

**Fuel line** ☒ N/A ☐ Copper ☐ Brass ☐ Black iron ☐ Stainless steel ☐ CSST ☐ Not Visible ☐ Galvanized ☐ Recommend CSST be properly bonded

**Condition** ☒ N/A ☐ Satisfactory ☐ Marginal ☐ Poor ☐ Recommend plumber evaluate

**Comments**

## Main fuel shut-off location

☒ N/A

**Location**

**Comments**

## Well pump

☐ N/A

**Type** ☐ Submersible ☐ In basement ☐ Well house ☒ Well pit ☐ Shared well

**Pressure gauge operable** ☐ Yes ☒ No  Well pressure: ☐ Not Visible

**Comments**

**Photos**

# Plumbing

 

**Percalator/areator pump**

☐ N/A  Operable:  ☒ Yes  ☐ No

**Comments**

**Water heater #1**

☐ N/A

**General**       Brand Name: Rheem
Serial #:
Capacity:
Approx. age:

**Type**       ☐ Gas  ☒ Electric  ☐ Oil  ☐ LP  Other: .

**Combustion air venting present** ☐ Yes  ☐ No  ☒ N/A

**Seismic restraints needed** ☐ Yes  ☐ No  ☒ N/A

**Relief valve** ☒ Yes  ☐ No  Extension proper: ☒ Yes  ☐ No  ☐ Missing  ☐ Recommend repair
☐ Improper material

**Vent pipe** ☒ N/A  ☐ Satisfactory  ☐ Pitch proper  ☐ Improper  ☐ Rusted  ☐ Recommend repair

**Condition** ☒ Satisfactory  ☐ Marginal  ☐ Poor

**Comments**

**Photos**

  

# Heating System

**Heating system**

**Unit #1**
Brand name: American standard
Approx. age: 16years
☐ Unknown  Model #: TWE030P130B  Serial #: 4492W7N1V  ☒ Satisfactory  ☐ Marginal  ☐ Poor
☐ Recommended HVAC technician examine

**Unit #2**
☐ None
Brand name: International Comfort
Approx. age: 1year
☐ Unknown
Model #: FEM4X3000BL
Serial #: F191323278  ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommended HVAC technician examine

**Unit #3**
☐ None
Brand name: American Standard
Approx. age: 16years
☐ Unknown
Model #: TWE018P140B0
Serial #: 44922U4H1V  ☒ Satisfactory  ☐ Marginal  ☐ Poor
☐ Recommended HVAC technician examine

**Energy source** ☐ Gas  ☐ LP  ☐ Oil  ☒ Electric  ☐ Solid fuel

**Warm air system** ☐ Belt drive  ☒ Direct drive  ☐ Gravity  ☒ Central system  ☐ Floor/wall furnace

**Heat exchanger** ☒ N/A  ☐ Sealed  ☐ Not Visible  ☐ Visual w/mirror  ☐ Flame distortion  ☐ Rusted
☐ Carbon/soot buildup

**Carbon monoxide** ☒ N/A  ☐ Detected at plenum  ☐ Detected at register  ☐ Not tested
Tester:

**Combustion air venting present** ☒ N/A  ☐ Yes  ☐ No

**Controls** Disconnect: ☒ Yes  ☐ No  ☐ Normal operating and safety controls observed  Gas shut off valve:
☐ Yes  ☐ No

**Distribution** ☐ Metal duct  ☒ Insulated flex duct  ☐ Cold air returns  ☒ Duct board  ☐ Asbestos-like wrap
☐ Safety Hazard

**Flue piping** ☒ N/A  ☐ Satisfactory  ☐ Rusted  ☐ Improper slope  ☐ Safety hazard  ☐ Recommend repair/replace

**Filter** ☒ Standard  ☐ Electrostatic  ☐ Satisfactory  ☐ Needs cleaning/replacement  ☐ Missing
☐ Electronic (not tested)

**When turned on by thermostat** ☒ Fired  ☐ Did not fire  Proper operation: ☒ Yes  ☐ No  ☐ Not tested

**Heat pump** ☐ N/A  ☒ Supplemental electric  ☐ Supplemental gas

**Sub-slab ducts** ☒ N/A  ☐ Satisfactory  ☐ Marginal  ☐ Poor  Water/Sand Observed: ☐ Yes  ☐ No

**System not operated due to** ☒ N/A  ☐ Exterior temperature  Other:

**Comments**

**Photos**

# Heating System









# Electric/Cooling System

## Main panel

**Location**   Hallway

**Condition**   **[X] Satisfactory**   [ ] Poor

**Adequate Clearance to Panel** [X] Yes   [ ] No

**Amperage/Voltage** [ ] Unknown  [ ] 60a  [ ] 100a  [ ] 150a  **[X] 200a**  [ ] 400a  **[X] 120v/240v**

**Breakers/Fuses** [X] Breakers   [ ] Fuses

**Appears grounded** [X] Yes   [ ] No   [ ] Not Visible

**GFCI breaker** [X] Yes   [ ] No   Operable:  [X] Yes   [ ] No

**AFCI breaker** [X] Yes   [ ] No   Operable:  [X] Yes   [ ] No   [ ] Not Tested

**Main wire** [X] Copper  [ ] Aluminum  [ ] Not Visible  [ ] Double tapping of the main wire  Condition:  **[X] Satisfactory**
[ ] Marginal  [ ] Poor

**Branch wire** [X] Copper  [ ] Aluminum  [ ] Solid Branch Aluminum Wiring  [ ] Not Visible  [ ] Safety Hazard

**Branch wire condition** **[X] Satisfactory**  [ ] Poor  [ ] Recommend electrician evaluate/repair  [X] Romex  [ ] BX cable
[ ] Conduit  [ ] Knob/Tube  [ ] Double tapping  [ ] Wires undersized/oversized breaker/fuse
[ ] Panel not accessible  [ ] Not evaluated
Reason:

**Comments**

**Photos**



## Sub panel(s)

[ ] None apparent

**Location(s)**   Location 1: Garage
Location 2:
Location 3:

**Branch wire** [X] Copper  [ ] Aluminum  [ ] Safety hazard  Neutral/ground separated:  [ ] Yes  [X] No  Neutral isolated:
[ ] Yes  [X] No

**Condition** **[X] Satisfactory**  [ ] Marginal  [ ] Poor

**Comments**

**Photos**

# Electric/Cooling System




## Evaporator Coil Section Unit #1

☐ N/A

**General**  ☐ Central system  ☐ Wall unit
Location:Closet
Age:16years

**Evaporator coil**  ☒ Satisfactory  ☐ Not Visible  ☐ Needs cleaning  ☐ Damaged

**Refrigerant lines**  ☐ Leak/Oil present  ☐ Damage  ☐ Insulation missing  ☒ Satisfactory

**Condensate line/drain**  ☒ To exterior  ☐ To pump  ☐ Floor drain  Other:

**Secondary condensate line/drain**  Present:  ☐ Yes  ☒ No  Needed:  ☒ Yes  ☐ No  ☐ Primary pan appears clogged
☐ Recommend technician evaluate

**Operation**  Differential:  16

**Condition**  ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend HVAC technician examine/clean/service
☐ Not operated due to exterior temperature

**Comments**

## Evaporator Coil Section Unit #2

☐ N/A

**General**  ☒ Central system  ☐ Wall unit
Location:Closet
Age:1year

**Evaporator coil**  ☒ Satisfactory  ☐ Not Visible  ☐ Needs cleaning  ☒ Damaged

**Refrigerant lines**  ☐ Leak/Oil present  ☐ Damage  ☐ Insulation missing  ☒ Satisfactory

**Condensate line/drain**  ☒ To exterior  ☐ To pump  ☐ Floor drain  Other:

**Secondary condensate line/drain**  Present:  ☐ Yes  ☒ No  Needed:  ☒ Yes  ☐ No  ☐ Primary pan appears clogged
☐ Recommend technician evaluate

**Operation**  Differential:  18 °F

**Condition**  ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend HVAC technician examine/clean/service
☐ Not operated due to exterior temperature

**Comments**

## Evaporator Coil Section Unit #3

☐ N/A

# Electric/Cooling System

**Evaporator Coil Section Unit #3 cont.**

**General**  ☒ Central system  ☐ Wall unit
Location:Closet
Age:16°F

**Evaporator coil**  ☒ Satisfactory  ☐ Not Visible  ☐ Needs cleaning  ☐ Damaged

**Refrigerant lines**  ☐ Leak/Oil present  ☐ Damage  ☐ Insulation missing  ☒ Satisfactory
☐ Recommend/Replace damaged/missing insulation

**Condensate line/drain**  ☒ To exterior  ☐ To pump  ☐ Floor drain  Other:

**Secondary condensate line/drain**  Present:  ☐ Yes  ☒ No  Needed:  ☒ Yes  ☐ No  ☐ Primary pan appears clogged
☐ Recommend technician evaluate

**Operation**  Differential:  17 °F

**Condition**  ☒ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend HVAC technician examine/clean/service
☐ Not operated due to exterior temperature

**Comments**

# Living Room

**Living Room**

**Location**    Second floor

**Walls & Ceiling**  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Typical cracks  ☐ Damage

**Moisture stains**  ☐ Yes  [X] No
Where:

**Floor**  ☐ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Squeaks  [X] Slopes  ☐ Tripping hazard

**Ceiling fan**  ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend repair/replace

**Electrical**  Switches:  [X] Yes  ☐ No  [X] Operable  Receptacles:  [X] Yes  ☐ No  [X] Operable
Open ground/Reverse polarity:  ☐ Yes  [X] No  ☐ Safety hazard  ☐ Cover plates missing

**Heating source present** [X] Yes  ☐ No  Holes:  [X] Doors  ☐ Walls  ☐ Ceilings

**Doors**  ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Broken/Missing hardware

**Windows**  ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Evidence of leaking insulated glass
☐ Broken/Missing hardware

**Comments**

# Dining Room

## Dining Room

**Location**   Second floor

**Walls & Ceiling**   [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Typical cracks  ☐ Damage

**Moisture stains**   ☐ Yes  [X] No
Where:

**Floor**   [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Squeaks  ☐ Slopes  ☐ Tripping hazard

**Ceiling fan**   [X] None  ☐ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Recommend repair/replace

**Electrical**   Switches:  [X] Yes  ☐ No  [X] Operable  Receptacles:  [X] Yes  ☐ No  [X] Operable
Open ground/Reverse polarity:  ☐ Yes  ☐ No  ☐ Safety hazard  ☐ Cover plates missing

**Heating source present** [X] Yes  ☐ No  Holes:  ☐ Doors  ☐ Walls  [X] Ceilings

**Doors**   [X] None  ☐ Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Broken/Missing hardware

**Windows**   ☐ None  [X] Satisfactory  ☐ Marginal  ☐ Poor  ☐ Cracked glass  ☐ Evidence of leaking insulated glass
☐ Broken/Missing hardware

**Comments**