# Release and Cancellation of Contract

1. **Cancellation of Contract.**

   By signing this RELEASE AND CANCELLATION OF CONTRACT ("Release"),
   _____Sabin C. Bass, Michele M. Bass_____ ("Buyer")
   and _____Alan C. Anderson_____ ("Seller")
   are cancelling the following contract (CHECK ONE):

   ☐ Contract for Residential Sale and Purchase (CRSP)
   ☒ "AS IS" Residential Contract for Sale and Purchase (ASIS FR/Bar)
   ☐ Residential Contract for Sale and Purchase (FR/Bar)
   ☐ Commercial Contract
   ☐ Vacant Land Contract

   with an Effective Date of _____July 26, 2020_____, concerning the following described property (insert street address and/or legal description):
   700 Bayshore Drive West St. George Island, Fl 32328

2. **Release from Liability.**

   Buyer and Seller release each other and:

   _____ (name of brokerage)
   together with its affiliates and their respective officers, directors, agents, employees, successors and assigns, and

   **Sea Crest Real Estate, Inc.** (name of brokerage)
   together with its affiliates and their respective officers, directors, agents, employees, successors and assigns from any and all claims and actions whatsoever arising from or relating to the Contract or pre-Contractual issues existing as of the date of the Release.

3. **Disbursement of Escrow Funds.**

   Buyer and Seller instruct the escrow agent to disburse the deposit as follows:

   $ **5,000.00** to **Buyer**

   $ _____ to _____

   $ _____ to _____

   $ _____ to _____

   *Sabin C. Bass*
   Buyer **Sabin C. Bass**
   08/10/2020 01:12 AM GMT
   Date

   *Michele M. Bass*
   Buyer **Michele M. Bass**
   08/10/2020 01:28 AM GMT
   Date

   *Alan C. Anderson*
   Seller **Alan C. Anderson**
   08/10/2020 12:41 PM GMT
   Date

   _____
   Seller
   _____
   Date

RC-4  Rev. 3/19
© 2019 Florida Realtors®
Sea Crest Real Estate, Inc., 314 St. James Ave. Carrabelle FL 32322  Phone: (555)555-5555  Fax:  Alan Anderson 700
Janalyn Dowden  Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026  www.zipLogix.com