# Addendum to Contract

Addendum No. __2__ to the Contract with the Effective Date of __July 26, 2020__ between

_____ Alan C. Anderson _____ (Seller)

and _____ Sabin C. Bass, Michele M. Bass _____ (Buyer)

concerning the property described as: __700 Bayshore Dr., St. George Island, Fl. 32328__

(the "Contract"). Seller and Buyer make the following terms and conditions part of the Contract:

This addendum supersedes the cancellation of contract signed by buyer and seller on 08/10/2020 There for Addendum 1 is null and void once Addendum 2 is executed buy both parties.
1) Areas of concern as listed including those in inspection report, also including 4th floor deck at circular stairs:

Total stucco on exterior of house/any area found will be removed/all materials in existing wall that have moisture or have been wet and damaged will be removed to framing. New plywood-felt-with new base coat and finished coat applied and painted. Moisture damage to be inspected / confirmed by independent party – paid by Buyer. (note: Any framing found damaged will be replaced)
(All Prior areas will only be opened if there is cause for concern- Cracks or moisture)
2) Master bedroom: Wall opened and checked for evidence of moisture; any damaged areas found will be removed to see any or all moisture damage and, once moisture intrusion successfully remediated, replaced with new sheet rock and finished out.
Note: If moisture exists work will be stopped and fixed before covering up. Moisture inspection and remediation to be confirmed by independent moisture remediation specialist – paid by Buyer.
Total ceiling when ready will be painted, HVAC grills replaced (2), walls Door and framing if found to be ok (no evidence of moisture damage) painted, or replaced if evidence of moisture damage found e.g. wood swelling/separation.
3) Closet to be constructed in Southeast corner of main floor bedroom 5' wide and 36" full louvered door (for Ventilation) Framed sheet rocked trimmed outside and painted to match. 1 shelf with clothing rod installed.
Note: Any problems found inside the house from water will be resolved before covering up, in same manner as described for Master Bedroom.
4) Repair electrical outlets, door and window hardware, toilet bowls, exhaust fans, soffit, fasteners- noted in inspection report.
Seller agrees that Five Thousand Dollars ($5,000.00) of sellers proceeds will be held in escrow until Buyer determines, in Buyer's sole discretion, repairs and water intrusion remediation have been successfully performed.
Escrow funds may be used, as deemed necessary by and at the sole discretion of the Buyer, for the express limited purpose of correcting any repairs to the satisfaction of the Buyer.
The Inspection Period and all rights contained in Section 12 shall remain in full effect and
shall be extended to the day after sellers receive the WDO report. Report will be ordered and completed in a timely manor not to exceed 7 days.

Buyer: _Sabin C Bass_ Date: 08/12/2020 01:33 AM GMT
Sabin C. Bass
Buyer: _Michele M. Bass_ Date: 08/12/2020 01:35 AM GMT
Michele M. Bass
Seller: _Alan C. Anderson_ Date: 08/11/2020 06:37 PM GMT
Alan C. Anderson
Seller: _____ Date: _____

ACSP-4 Rev 6/17 © 2017 Florida \Realtors®

Sea Crest Real Estate, Inc., 314 St. James Ave. Carrabelle FL 32322 Phone: (555)555-5555 Fax: Alan Anderson 700
Janalyn Dowden Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026 www.zipLogix.com