**CenturyLink Webmail**  bass5@embarqmail.com

**Wdo**

**From:** Janalyn Dowden <janalyn88@gmail.com>  Mon, Aug 17, 2020 02:41 PM
**Subject:** Wdo
**To:** Sabin C. Bass <SCBASS@chp.org>, Michele Bass <bass5@embarqmail.com>

Hi
They found some termite damage under the stairs in the bottom storage area. I've contacted Alan he said for me to tell you he is on it.