## Addendum to Contract

Addendum No. __3__ to the Contract with the Effective Date of __July 26, 2020__ between

__Alan C. Anderson__ (Seller)

and __Sabin C. Bass, Michele M. Bass__ (Buyer)

concerning the property described as: __700 Bayshore Dr. , St. George Island, Fl. 32328__

(the "Contract"). Seller and Buyer make the following terms and conditions part of the Contract:

**Seller agrees to replace and repair all termite damage and also have a clear WDO and Termite Bond before closing.**
**1) Repair/replace 1 deck board off Den/living room, damaged wood will be replaced including 3 2x6 boards in store room re framed in new lumber.**
**2) Any Stucco damage will be totally removed and repaired**
**3) A 5' wide closet will be built in the first bedroom and finished with Crown molding to include a top shelf and 1 Rod for hanging clothes.**

Buyer: *Sabin C. Bass*           Date: 08/20/2020 04:56 PM GMT
Sabin C. Bass

Buyer: *Michele M. Bass*           Date: 08/20/2020 05:15 PM GMT
Michele M. Bass

Seller: *Alan C. Anderson*           Date: 08/20/2020 06:01 PM GMT
Alan C. Anderson

Seller: _____ Date: _____

ACSP-4   Rev 6/17

© 2017 Florida \Realtors®

Sea Crest Real Estate, Inc., 314 St. James Ave. Carrabelle FL 32322     Phone: (555)555-5555     Fax:     Alan Anderson 700
Janalyn Dowden     Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026   www.zipLogix.com