**CenturyLink Webmail**                               **bass5@embarqmail.com**

### Letter from Alan about repairs

**From :** Janalyn Dowden <janalyn88@gmail.com>     Wed, Aug 26, 2020 03:02 PM
**Subject :** Letter from Alan about repairs
**To :** Sabin C. Bass <SCBASS@chp.org>, Michele Bass <bass5@embarqmail.com>

Hi,
Below is what Alan sent me this morning.

WORK COMPLETED AS LISTED
Stucco: All areas of house found to need repair are repaired, from bad plywood/lath/basecoat/vinyl coat. Final coat-color matched so color is matched throughout the total application.

Deck board (per Buyer) Fixed.
Closet Main floor bedroom 5' framed, sheet rock, trimed, 30' Louver door, All painted and finished.
Termite: Replaced/removed all damaged wood. Replaced with 2x6 pressure treated lumber, has been inspected by Florida Pest Control and cleared, also Bond in place.
The Wall in the Master Bedroom is sealed and painted. Ceiling in the master bedroom resealed and painted, new HVAC registers. Moisture remediation specialist was at home and confirmed what repairs were needed.
Toilets repaired.
Top platform out of top room:
New gaco coating applied to the floor extra 5 gallon with gandules I left for the buyers.
French door at Den kick plate cut and installed (per Buyer).
Leak found in window on top floor:
Found 5' hairline crack repaired during the stucco work. Also found a drain line was clogged up unstopped drain
Electrical outlet replaced with a new one. Handles and Cranks are in my storage unit I will get them to you. We discussed the issue with the window parts. I'll give you the number to the person that I have contact with, not sure when we can get that part.
Soffit, Fasteners: Replace with new carnice 4 x16 vent
Exhaust fan loose has been fixed.

He is finished with what he is going to do. The appraiser will be there Friday. When can you and Michele come to look? His son will be there this weekend.

Thank you,


--
Janalyn Dowden
Broker
Sea Crest Real Estate, Inc.

**Sandy Beach Properties, LLC**
www.seacrestre.com
www.mysandybeach.com
www.stgeorgefl-realty.com
850-251-3432 Cell