thentisign ID: BB0D0F70-156C-4F86-90FE-E20FAB66541D

## Addendum to Contract for Residential Sale and Purchase

1  If initialed by all parties, the terms below will be incorporated into the Contract for Residential Sale and Purchase
2 * between _____ Alan C. Anderson _____ ("Seller")
3 * and _____ Sabin C. Bass, Michele M. Bass _____ ("Buyer")
4 * concerning the Property described as 700 Bayshore Dr., St. George Island, Fl. 32328
5 *
6 * ( [SCB] [MMB] ) ( [aca] ) A. Additional Clauses: Addendum 3 has been satisfied, Buyer and Seller are
7 * proceeding to closing. Seller agrees to credit Buyer at closing $5,000.00 towards closing costs.
8 *
9 *
10 *
11 *
12 *
13 *
14 *
15 *
16 *
17 *
18 *
19 *
20 *
21 *
22 *
23 *
24 *
25 *
26 *
27 *
28 *
29 *
30 *
31 *
32 *
33 *
34 *
35 *
36 *
37 *
38 *
39 *
40 *
41 *
42 *
43 *
44 *
45 *
46 *
47 *
48 *

CRSP-16 (A. Additional Clauses Addendum) Rev 6/17 ©2017 Florida Realtors®

Sea Crest Real Estate, Inc., 314 St. James Ave. Carrabelle FL 32322    Phone: (555)555-5555    Fax:    Alan Anderson
Janalyn Dowden    Produced with zipForm® by zipLogix 18070 Fifteen Mile Road, Fraser, Michigan 48026    www.zipLogix.com