

# Dudley, Sellers, Healy, and Heath, P.L.L.C.

SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309

Shawn M. Heath
850.528.0039
shawn@dshattorneys.com
Board Certified in Construction Law



October 20, 2020

**Via Email and FEDEX**

Mr. Alan Anderson
2425 Blakestone Dr.
Marietta, GA 30064

        Re:    700 W. Bayshore Drive, St. George Island, Florida ("Home")

Dear Mr. Anderson:

We represent Michelle and Sabin Bass to whom you sold a single-family home located on St. George, Island, Florida on or about September 4, 2020.

Prior to the closing, you committed to repairing all moisture damaged areas (concealed or not) and to repairing the areas that had allowed moisture into the home. Within a few days after closing, however, the home experienced substantial leaks. For example, the Bass' collected approximately 3 gallons of water in a bucket from leaks through the master bedroom ceiling. (The Bass' informed you of these leaks via text.) Subsequently, additional leaks and indications of unrepaired water damage have been revealed and discovered behind walls.

In 1985, the Florida Supreme Court determined that sellers of residential property in Florida have a duty to disclose to the buyer all hidden defects that materially affect the value of the property. *Johnson v. Davis,* 480 So.2d 625 (Fla.1985). We believe that you did not disclose and/or failed to repair all defects as you indicated that you would do.

This letter is to provide you notice of our clients' claims against you and to inform you that they have retained contractors who, on Thursday October 22, 2020, will begin investigating the causes of the leaks. The investigation will include removal of stucco wall sections and some drywall. If you wish to inspect the premises, please email to me proposed dates and times for an inspection and we will arrange for someone to meet you at the property. You are not authorized to enter the property without coordinating that with me.

I understand that you performed many of the stucco and other repairs and identified yourself as a contractor. Thus, this matter is somewhat like the case of *Nystrom v. Cabada*, 652 So. 2d 1266, 1268 (Fla. 2d DCA 1995). In *Nystrom*, the court found that the seller of the home was liable to the buyer for failure to disclose defects. There the court found that the seller knew or should have known of defects in house and had duty to disclose them to the buyers because the seller had extensive experience in the construction field, had lived in the house and had performed construction work on the home. Given your work and familiarity with the home and manifestation of significant leaks within 2 weeks after closing, it is not reasonably probable that you did not know of the leaks.

Our client reserves, and does not waive, any rights or remedies.

Respectfully,

*Shawn M. Heath*

Shawn M. Heath

SMH:ee