

# Dudley, Sellers, Healy, and Heath, P.L.L.C.
SunTrust Financial Center
3522 Thomasville Road, Suite 301
Tallahassee, Florida 32309

Shawn M. Heath
850.528.0039
shawn@dshattorneys.com
**Board Certified in Construction Law**



October 23, 2020

**Via Email and FEDEX**
Mr. Alan Anderson
2425 Blakestone Dr.
Marietta, GA 30064

     Re: 700 W. Bayshore Drive, St. George Island, Florida ("Home")

Dear Mr. Anderson:

We represent Michelle and Sabin Bass to whom you sold a single-family home located on St. George, Island, Florida on or about September 4, 2020. This supplements my letter dated October 20, 2020. (We received from FedEx confirmation of delivery to the above address. Please let me know if you did not receive it.)

This is a notice sent pursuant to Chapter 558, Florida Statutes. The defects at the Home include, but are not limited to, defective and delaminated stucco, water damaged framing, sheathing, and drywall. The investigation including the removal of sections of stucco and drywall is ongoing which may reveal other defects or damages. Scaffolding is being erected around the Home and will be in place if you wish to inspect the Home next week. We will also, of course, provide access to the Home at reasonable times pursuant to Chapter 558, Florida Statutes. If you wish to inspect, please email to me proposed dates and times for an inspection and we will arrange for someone to meet you at the Home. You are not authorized to enter the property without coordinating that with me.

I understand that at or near the time that you purchased the SGI property at 700 West Bayshore that Fisher Stucco prepared a report/proposal for you regarding stucco repairs and wood rot. Please send us a copy of that report/proposal. Also, pursuant to Section 558.04(15), Florida Statutes, we request a copy of all design plans, specification, as-built plans, photos, and videos, purchase orders and subcontracts related to any work, construction or maintenance that you performed or had performed at the Home. We will agree to pay

the reasonable costs of reproduction of these documents. Please contact me with an estimate for the cost of reproduction these documents before beginning reproduction.

This is further notice that our clients have potential claims for damages against you and may file a lawsuit against you. Accordingly, this is notice that you should not destroy any information or documents related to the Home and should preserve, protect and immediately copy all such information from all devices where such information is located such as computers or mobile devices. You should preserve all documents or emails, texts related to or arising from your purchase or sale of the Home or repairs, maintenance, construction or improvements to the Home. This also includes preserving all text messages, emails, photos or video related to or arising from the purchase, sale, listing for sale, ownership, repairs, maintenance, construction or improvements to the Home.

I understand that you are a contractor and had members of your crew perform work on the Home to address the issues identified in the inspection report. We request, pursuant to Section 627.4137, Florida Statutes, insurance information that covered you and your company during 2020. Section 627.4137, Florida Statutes provides as follows:

Disclosure of certain information required.—

(1) Each insurer which does or may provide liability insurance coverage to pay all or a portion of any claim which might be made shall provide, within 30 days of the written request of the claimant, a statement, under oath, of a corporate officer or the insurer's claims manager or superintendent setting forth the following information with regard to each known policy of insurance, including excess or umbrella insurance:
(a) The name of the insurer.
(b) The name of each insured.
(c) The limits of the liability coverage.
(d) A statement of any policy or coverage defense which such insurer reasonably believes is available to such insurer at the time of filing such statement.
(e) A copy of the policy.

In addition, the insured, or her or his insurance agent, upon written request of the claimant or the claimant's attorney, shall disclose the name and coverage of each known insurer to the claimant and shall forward such request for information as required by this subsection to all affected insurers. The insurer shall then supply the information required in this subsection to the claimant within 30 days of receipt of such request.

Our clients reserve, and do not waive, any rights or remedies including but not limited to, the right to rescind the purchase contract.

Respectfully,

*Shawn M. Heath*

Shawn M. Heath

SMH:ee