IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SABIN C. BASS,
and MICHELLE M. BASS

    Plaintiffs,                         CASE NO. 4:21-cv-00013-MW-MAF

vs.

ALAN C. ANDERSON

    Defendant.

_____/

## MOTION TO WITHDRAW AS LEGAL COUNSEL FOR DEFENDANT, ALAN C. ANDERSON

Defendant, Alan C. Anderson, and the undersigned legal counsel, pursuant to Federal Rules of Civil Procedure and Florida Bar Rule of Professional Conduct 4-1.16(b), moves to withdraw as legal counsel for Defendant, Alan C. Anderson, and states the following in support thereof:

1. This matter is currently stayed pending completion of a required pre-suit mediation pursuant to this Court's Order dated February 11, 2021 (Doc. 9).

2. As part of the initial investigation, discovery, and preparation for the required mediation proceeding and subsequent litigation, irreconcilable differences have arisen between Defendant, Alan C. Anderson, and his undersigned legal counsel.

3. On Monday, March 8, 2021, Defendant, Alan C. Anderson, formally notified and terminated the legal services of his undersigned legal counsel.

4. Undersigned legal counsel now seeks a temporary lifting of the current stay for the limited purpose of obtaining an Order from this Court permitting the requested withdrawal and providing a time limit for Defendant, Alan C. Anderson, to obtain new legal counsel.

5. Pursuant to Local Rule 7.1, undersigned counsel has notified Plaintiff's counsel, George Hatch, of Defendant's decision and the undersigned's intent to file this motion. Opposing counsel has no objection to this request as long a specific time period of short duration is provided for Defendant to obtain new legal counsel and schedule the required formal mediation proceeding.

WHEREFORE, Defendant, Alan C. Anderson, and undersigned legal counsel, Stuart C. Poage, respectfully request this Court enter an Order granting this Motion, permitting the undersigned withdrawal as legal counsel of record, directing Defendant to obtain new legal counsel within thirty (30) days, and provide additional directions as this Court deems appropriate.

Respectfully submitted,

*/s/ Stuart C. Poage*
STUART C. POAGE
Florida Bar No: 388246
**PENNINGTON, P.A.**
215 South Monroe St., 2nd Floor
Post Office Box 10095
Tallahassee, Florida 32302-2095
P: (850) 222-3533
F: (850) 222-2126
E-Mail e-service:
spoage@penningtonlaw.com
sclark@penningtonlaw.com
stephg@penningtonlaw.com
*Counsel for Defendant Alan C. Anderson*

I hereby agree, confirm, and request the circumstances and requested relief addressed in the motion above.

_____
ALAN C. ANDERSON

3-9-21
_____
DATE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document was filed electronically on March 10, 2021 with the Clerk of Court and sent via the court's e-service system to:

George W. Hatch, III
GUILDAY LAW, P.A.
1983 Centre Pointe Blvd, Suite 200
Tallahassee, Florida 32308-7823
george@guildaylaw.com
melissa@guildaylaw.com
meredith@guildaylaw.com
*Counsel for Plaintiff*

                                            PENNINGTON, P.A.

                                            */s/ Stuart C. Poage*
                                            STUART C. POAGE